SCHAFF v. CLINE. (Circuit Court of Appeals, Eighth Circuit. October 25, 1920.) No. 5613. In Error to the District Court of the United States for the Western District of Missouri. Ellison A. Neel, of Kansas City, Mo., and Joseph W. Jamison, of St. Louis, Mo., for plaintiff in error. C. C. Crow, of Kansas City, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed with costs pursuant to stipulation.

UNITED STATES ex rel. ORMSBY v. PECK, U. S. District Judge. (Circuit Court of Appeals, Sixth Circuit. February 13, 1920.) No. 3384. Appeal from the District Court of the United States for the Western Division of the Southern District of Ohio; John W. Peck, Judge. George F. Ormsby, in pro. per. See, also, 262 Fed. 1022.

PER CURIAM. Petition for writ of mandamus denied.

WELLS v. WOLFE et al. (Circuit Court of Appeals, Eighth Circuit. December 6, 1920.) No. 5623. Appeal from the District Court of the United States for the District of Nebraska. W. B. Sadilek and George W. Wertz, both of Schuyler, Neb., and David A. Fitch, of Omaha, Neb., for appellant. W. J. Courtright, of Fremont, Neb., for appellees.

PER CURIAM. Appeal dismissed, with costs, on motion of appellant and consent of appellees, etc.